UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| GILBERT T. ARMOUR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:13-cv-144-CLC-SKL |
| | ) | |
| BANK OF AMERICA, N.A., *as successor by merger to BAC Homes Loans Servicing, LP*, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a motion by Plaintiffs' counsel to withdraw as counsel of record [Doc. 10]. A hearing was held regarding the motion on April 3, 2014. Present at the hearing were Plaintiffs Gilbert and Monica Armour and their counsel, Attorney Peter C. Ensign. At the hearing, Plaintiffs represented that they were working to resolve their issues with their counsel, and they requested to continue the hearing. The Court rescheduled the hearing for April 10, 2014, but neither Plaintiffs nor their counsel appeared for the hearing on April 10, 2014, indicating all issues involved in the motion to withdraw were resolved.

Accordingly, the motion to withdraw [Doc. 10] is **DENIED AS MOOT**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE